In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-210 CR


NO. 09-05-211 CR


____________________



RONALD EDWIN DUNCAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court


San Jacinto County, Texas


Trial Cause Nos. 04-342 and 04-343






 MEMORANDUM OPINION 


 On December 1, 2005, we notified the parties that the appeals would be dismissed
for want of prosecution unless arrangements were made for filing the records or the
appellant explained why he needed time for filing the records. The appellant did not file
a response. It appears that the appellant is not entitled to proceed without payment of
costs. Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file
the records, the appeals are dismissed for want of prosecution. Tex. R. App. P. 37.3(b).

 APPEALS DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice

Opinion Delivered January 11, 2006 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.